1  GREGORY C. CHENG, CA Bar No. 226865
   gregory.cheng@ogletree.com
2  JONATHAN W. BLACK, CA Bar No. 280421
   jonathan.black@ogletree.com
3  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
   Attorneys for Defendants
7  CALERES, INC. and BG RETAIL, LLC

8  BRAD STUCKEY, CA Bar No. 214971
   bstuckey@rdwlaw.com
9  MICHAEL B. YEE, CA Bar No. 283713
   myee@rdwlaw.com
10 ROBINSON DI LANDO, APLC
   801 South Grand Avenue, Suite 500
11 Los Angeles, CA  90017
   Telephone:   213.229.0100
12 Facsimile:   213.229.0114

13 Attorneys for Plaintiff
   JOSEPH GASSETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GASSETT, AN INDIVIDUAL, | CASE NO. 18-CV-03707-SBA |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| CALERES, INC. DBA FAMOUS FOOTWEAR, A NEW YORK CORPORATION; BG RETAIL, LLC DBA FAMOUS FOOTWEAR, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1-30, INCLUSIVE, | Complaint Filed: March 29, 2018<br>Trial Date: December 2, 2019<br>Judge: Hon. Sandra B. Armstrong |
| Defendants. | |

# ORDER

The Court, having considered the Stipulation of Plaintiff and Defendants filed with the Court on April 9, 2019 (Document 24), hereby dismisses Case. No. 4:18-cv-03707-SBA with prejudice in accordance with the terms of that stipulation.

**IT IS SO ORDERED.**

Dated: April 10, 2019

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE